AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Chrisella Rollins,<br><br>*Plaintiff(s)*<br>v.<br>Worldwide Flight Services, Inc.,<br><br>*Defendant(s)* | Civil Action No. 22-1274 (AMD)(TAM) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Worldwide Flight Services, Inc.
151 E Hangar Road, Suite 361
Jamaica, NY 11430

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/10/2022                                    Roseann Guzzi
                                                   *Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed:<br>Index #  1:22-cv-01274-AMD-TAM |

*Chrisella Rollins*  Plaintiff

against

*Worldwide Flight Services, INC*  Defendant

STATE OF NEW YORK  SS.:
COUNTY OF ALBANY

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ March 14, 2022 ___, at ___ 11:00 AM ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Civil Cover Sheet and Certification of Arbitration Eligibility

on

_____ Worldwide Flight Services, INC _____, the Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, <u>2</u> true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee <u>40</u> dollars; That said service was made pursuant to Section <u>306 Business Corporation Law</u>. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __125lbs__  Approx. Ht: __5'1__
Color of skin: __White__  Hair color: __Red/Blonde__  Sex: __Female__  Other: _____

Sworn to before me on this
__14th__ day of March 2022

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice·Work Order # S1873993

**SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201**